brief as *amicus curiae* granted.  Certiorari denied.

No. 99–8830.  BOWIE *v.* GIBSON, WARDEN, ET AL., 530 U. S. 1208;

No. 99–9466.  MUELLER *v.* SCHNICK ET AL., *ante*, p. 833;

No. 99–9906.  PAGE *v.* CALIFORNIA, *ante*, p. 850;

No. 99–9937.  MERCER *v.* SCIBANA, WARDEN, *ante*, p. 851;

No. 99–10063.  TILLITZ *v.* UNITED STATES, *ante*, p. 858; and

No. 00–5203.  JOHNSON *v.* HERTZ CORP. ET AL., *ante*, p. 891. Petitions for rehearing denied.

## NOVEMBER 8, 2000

No. 00A415.  STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* MILLER, BY AND THROUGH JONES.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Ninth Circuit on November 7, 2000, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted.  JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00A418.  HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* SARANCHAK, BY HIS NEXT FRIENDS, TROUP ET AL.  Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 8, 2000, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

No. 00M37 (00A378).  MILLER *v.* ARIZONA.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  JUSTICE STEVENS would grant the application for stay of execution.

No. 00–6818 (00A395).  SEXTON *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Application for stay of execution of sentence of death,

presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 00–6861 (00A400). SEXTON v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 9, 2000

No. 00–6114 (00A233). ANGEL FLORES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution. JUSTICE SOUTER and JUSTICE GINSBURG would grant the application for stay of execution and the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Williams* v. *Taylor,* 529 U. S. 362 (2000). JUSTICE BREYER would grant the application for stay of execution and the petition for writ of certiorari.

NOVEMBER 13, 2000

No. 00–443. RISSMAN v. RISSMAN ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 99–939. GOODSON v. UNITED STATES; and
No. 99–1393. GOODSON ET AL. v. UNITED STATES. C. A. 5th Cir. The Court reversed the judgment below in *Cleveland* v. *United States, ante,* p. 12. Therefore, certiorari granted, and cases remanded for further proceedings. Reported below: 182 F. 3d 296.

No. 99–7682. TINKER v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Motion of